UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN LARSON,

    Defendant.
_____/

Case No. 2:19-pt-1

HON. JANET T. NEFF

# ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on November 15, 2019 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 23) is approved and adopted as the opinion of the Court.

2. The petition to modify Defendant's conditions of supervised release (ECF No. 8) is DENIED.


Dated: December 3, 2019
    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge